# UNITED STATES AIR FORCE
# COURT OF CRIMINAL APPEALS

————————————

**No. ACM 40791**

————————————

**UNITED STATES**
*Appellee*

**v.**

**Keith A. COOPER, Jr.**
Airman First Class (E-3), U.S. Air Force, *Appellant*

————————————

Appeal from the United States Air Force Trial Judiciary

Decided 16 June 2026

————————————

*Military Judge*: Matthew P. Stoffel (arraignment); Lance R. Smith (protective order and continuance); Lauren M.D. Torczynski (arraignment, motions); J. Peter Ferrell.

*Sentence*: Sentence adjudged 2 October 2024 by GCM convened at Cannon AFB, New Mexico. Sentence entered by military judge on 5 November 2024: Dishonorable discharge, confinement for 1 year, reduction to E-1, and a reprimand.

*For Appellant*: Major Samantha M. Castanien, USAF.

*For Appellee*: Major Vanessa Bairos, USAF; Major Heather R. Bezold, USAF; Major Kate E. Lee, USAF.

Before GRUEN, KEARLEY, and MORGAN, *Appellate Military Judges*.

————————————

**This is an unpublished opinion and, as such, does not serve as precedent under AFCCA Rule of Practice and Procedure 30.4.**

————————————

PER CURIAM:

The findings as entered are correct in law. Article 66(d), Uniform Code of Military Justice (UCMJ), 10 U.S.C. § 866(d) (*Manual for Courts-Martial, United States* (2024 ed.)). In addition, the sentence as entered is correct in law

and fact, and no error materially prejudicial to the substantial rights of Appellant occurred. Articles 59(a) and 66(d), UCMJ, 10 U.S.C. §§ 859(a), 866(d) (*Manual for Courts-Martial, United States* (2019 ed.)). Accordingly, the findings and sentence are **AFFIRMED**.

FOR THE COURT

CAROL K. JOYCE
Clerk of the Court